ROCHESTER WOVEN BELTING CORPO-
RATION, Inc., v. UNITED STATES.

No. J–115.

Court of Claims.
June 16, 1930.

R. C. Williamson, of Washington, D. C., and Herman J. Galloway, Asst. Atty. Gen., for the United States.

PER CURIAM.

This case as to the facts is almost identical with the Advance Automobile Accessories Corporation Case, 66 Ct. Cl. 304, in which the petition was dismissed and certiorari refused. We hold that this case is ruled by that case, and the petition should be dismissed and it is so ordered.

See Universal Battery Co. v. United States, 281 U. S. 580, 50 S. Ct. 422, 74 L: Ed. 1051, decided May 26, 1930.

George M. Wilmeth, of Washington, D. C., for plaintiff.